NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PHILIP G. LISAGOR,**
*Petitioner,*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2011-3116

---

Petition for review of the Merit Systems Protection Board in case no. SF4324100886-I-1.

---

**ON MOTION**

---

**ORDER**

The Department of Veterans Affairs moves without opposition for leave to file a separate confidential appendix to respondent's brief, which would include documents marked by the Department of the Army as "Quality Assurance Documents Under 10 U.S.C. 1102," for the Court's *in camera* review.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The in camera documents will be transmitted to the merits panel.

FOR THE COURT

**DEC 0 6 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Thomas G. Jarrard, Esq.
    Jane W. Vanneman, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 6 2011

JAN HORBALY
CLERK